# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Terry Brady Klock, | ) | Case No. 1:16-cr-247 |
| Defendant. | ) | |

Defendant was ordered detained following a detention hearing before Magistrate Judge Senechal on October 12, 2016. On May 1, 2017, defendant filed a motion requesting that the court reconsider the order of detention and release him to a residential facility pending final resolution of this matter. The Government does not object.

None of the residential facilities that contract with the Pretrial Services Office currently have space for defendant. Consequently, defendant' motion (Docket No. 53) is **DENIED** without prejudice. Defendant shall be placed on a waiting list for a residential facility placement. The court may release defendant by separate order to a residential facility once space becomes available.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2017.

></br>
*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court